**E-Filed 04/11/2008**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TAHEREH MATIN , <br><br>                Plaintiff, <br><br>    v. <br><br>THE COMMISSIONER OF THE SOCIAL SECURITY ADMIN., <br><br>                Defendant. | Case Number C 08-01722 JF <br><br> ORDER[1] GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

      Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fee necessary to pursue the action. 28 U.S.C. § 1915(a)(1). Plaintiff states that during the last 12 month period he has earned an income of approximately $870.00 per month through Social Security. Plaintiff indicates that he owns a vehicle, has a checking and savings account with a total balance of $100.00 and does not possess any cash. Plaintiff further contends that he has about $830.00 in monthly living expenses (rent, food, utilities, clothing and gas). In light of

---

    [1] This disposition is not designated for publication and may not be cited.

1 | these debts and assets, the Court is satisfied that Plaintiff is unable to pay the filing fee necessary
2 | to pursue this action. Accordingly, Plaintiff's application to proceed *in forma pauperis* is
3 | GRANTED.
4 | IT IS SO ORDERED.
5 |
6 | DATED: April 11, 2008

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-01722
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFEX3)

1  This Order has been served upon the following persons:

2  James Hunt Miller
   jim_miller0@yahoo.com

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28